IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEVRON CORPORATION,

    Plaintiff,

v.

MARIA AGUINDA SALAZAR, ET AL.,

    Defendants.

No. C 11-80217 JSW MISC

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, the motion to compel compliance with subpoena and application to shorten time to hear the motion and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:   September 9, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk