United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION, | |
| Plaintiff, | No. C 11-80217 JSW MISC |
| v. | |
| MARIA AGUINDA SALAZAR, ET AL., | **ORDER OF REFERRAL** |
| Defendants. | |

Pursuant to Northern District Civil Local Rule 72-1, the motion to compel compliance with subpoena and application to shorten time to hear the motion and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:   September 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk